Marvin MELTZER, Individually and as father and next friend of David Meltzer, et al., Plaintiffs-Appellants,

v.

BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY, FLORIDA, etc., et al., Defendants-Appellees.

No. 75–1423.

United States Court of Appeals, Fifth Circuit.

May 25, 1977.

Jerome J. Bornstein, Orlando, Fla., for plaintiffs-appellants.

William M. Rowland, Jr., John W. Bowen, Orlando, Fla., for defendants-appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion March 11, 1977, 5 Cir., 1977, 548 F.2d 559).

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Charles S. GRAINGER et al., Plaintiffs-Appellants,

v.

STATE SECURITY LIFE INSURANCE COMPANY et al., Defendants-Appellees.

No. 75–3061.

United States Court of Appeals, Fifth Circuit.

May 25, 1977.

Marvin Cherner, J. Vernon Patrick, Jr., James W. May, Birmingham, Ala., for plaintiffs-appellants.

John H. Morrow, George R. Stuart, III, John W. Haley, Birmingham, Ala., for State Sec. et al.

Robert R. Reid, Jr., Birmingham, Ala., for L. W. Nimmo & Nimmo Asso., Inc.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING, EN BANC

(Opinion February 18, 1977, 5 Cir., 1977, 547 F.2d 303).

Before BROWN, Chief Judge, and THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

## ATLANTIC SHIP SUPPLY, INC., Plaintiff-Appellant,

v.

## M. S. "LUCY," formerly named M. S. "El Centroamericana," et al., Defendants,

### Hercules Trading Company, S. A. Panama, Claimant-Appellee,

### Metro Stevedores, Inc., et al., Intervening Plaintiffs-Appellants.

### No. 75–2967.

United States Court of Appeals, Fifth Circuit.

June 13, 1977.

Rehearing Denied July 14, 1977.

Frederick M. Lucarelli, Tampa, Fla., for Atlantic Ship Supply.

John P. Corcoran, Jr., Tampa, Fla., for Metro Stevedores.

Armin H. Smith, Jr., Tampa, Fla., for Central Oil Co.

Edward F. Gerace, Tampa, Fla., Christ Stratakis, New York City, for claimant-appellee.

Before JONES, COLEMAN and TJOFLAT, Circuit Judges.

PER CURIAM:

Appellants brought this action to foreclose maritime liens against the M/V LUCY (formerly the M/V EL CENTROAMERICANO) for supplies and necessaries furnished to that vessel in the Port of Tampa, Florida, in January 1973. The appellee-claimant is the present owner of the vessel, having derived its title from the successful bidder at the July 1973 judicial sale of the vessel in Costa Rica. At the trial below appellee claimed that the sale was made pursuant to the order of a Costa Rican court exercising admiralty jurisdiction and consequently the sale had given it title to the vessel free and clear of all liens and encumbrances. After a bench trial, the lower court entered an opinion, found at D.C., 392 F.Supp. 179, and a final judgment dismissing the complaints. Having reviewed the record and found no error in the district court's analysis and disposition of the issues, we AFFIRM.